UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
KCG HOLDINGS, INC., and KCG AMERICAS LLC,  :
                                                            :   1:17-cv-03533 (AJN) (GWG)
                  Plaintiffs,             :
                                         :   **DEFENDANT'S NOTICE OF**
        -against-                 :   **MOTION FOR A STAY**
                                         :
ROHIT KHANDEKAR,               :
                                         :
                  Defendant.           :
------------------------------------------------------------------ X

        PLEASE TAKE NOTICE that, upon the annexed Declaration of Harry W. Lipman, Esq., dated October 10, 2017, the exhibits attached thereto, the annexed Declaration of Rohit Khandekar, dated October 10, 2017, and the accompanying memorandum of law, and all prior pleadings and proceedings had herein, the undersigned, attorneys for defendant Rohit Khandekar, will move this Court at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, in Courtroom 906, at a time to be determined by the Court, for an Order, pursuant to Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3, granting a stay of this action to allow the questions of fact at issue in this case to be determined in arbitration, and for such other and further relief as the Court deems just and proper.

        Pursuant to the parties' agreement on the record during the conference before the Court on October 6, 2017, Plaintiffs shall serve their opposition by October 17, 2017, and Defendants shall serve their reply briefs, if any, within five (5) business days thereafter.

Dated:  New York, New York
        October 10, 2017

                                         ROTTENBERG LIPMAN RICH, P.C.

                                         By:_____
                                                Harry W. Lipman, Esq.
                                                C. Zachary Rosenberg, Esq.
                                     230 Park Avenue, 18th Floor
                                     New York, New York 10169
                                     212-661-3080

                                     *Attorneys for Defendant Rohit Khandekar*

To:    BAKER & MCKENZIE LLP
        William Dugan, Esq.
        William Devaney, Esq.
        452 Fifth Avenue
        New York, New York 10018

        *Attorneys for Plaintiffs KCG Holdings, Inc. and KCG Americas LLC*