# EXHIBIT F

300 Vesey Street<br>
New York, NY 10282<br>
Tel: 1 212 418 0100<br>
Fax: 1 212 418 0123

August 4, 2017

Via Federal Express
Rohit Khandekar.
1 2nd Street, Apartment 502
Jersey City, NJ 070302

Re: Recapture of Vested Restricted Stock Units

Dear Mr. Khandekar:

Please take notice that Virtu Americas LLC ("Virtu") demands, pursuant to Article 13, Paragraph 13.4 of the *KCG Holdings, Inc. Amended and Restated Equity Plan* and applicable award agreements, that you remit payment by August 11, 2014 to Virtu in the amount of $199,998.11 representing the cumulative value of the stock awards for which realization events occurred in 2015, 2016 and 2017.

Sincerely,

Matthew Levine
Deputy General Counsel

cc: Harry Lipman via email