EXHIBIT J

HIGHLY CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

KCG HOLDINGS, INC., and KCG
AMERICAS, LLC

        Plaintiffs,

   v.

ROHIT KHANDEKAR,

        Defendant.

17 civ 3533(AJN)(GWG)

------------------------------x


H I G H L Y   C O N F I D E N T I A L


DEPOSITION OF SIMON YATES

Tuesday, October 3, 2017 - 1:33 p.m.

New York, New York




REPORTED BY:

Christina Diaz, CRR, RMR, CSR, CLR

Job Number: 19611

1        S. Yates - Highly Confidential
2   he would like to run a small team of modelers
3   and work on signal generation.
4        Q.   Did you understand him to have a
5   team of modelers working under him at KCG?
6        A.   I did not.
7        Q.   Did he discuss with you at that
8   breakfast in any -- you know, even in the
9   broadest terms what signals, predictors, type
10  things he was working at the KCG?
11       A.   I don't recall.  I do recall seeing
12  a broad description of the types of signals
13  that he had worked on in his résumé.
14       Q.   Did you discuss any of those types
15  of signals?
16       A.   Not that I recall.
17       Q.   Did he discuss any other types of
18  signals that he wanted to work on?  In other
19  words, ones that were not in his résumé but
20  essentially I would like to work on this type
21  of signal in the future?
22       A.   Not that I recall.
23       Q.   Did you express any interest in his
24  working on any particular type of signal or
25  predictor in the future?

```
 1           S. Yates - Highly Confidential
 2      A.    Yes.
 3      Q.    Tell me about that.
 4      A.    We have a large list of ideas that
 5  we are aware of that we have not been able to
 6  get 'round to researching and I would have
 7  described some of those general types of
 8  predictors that we were looking to look at.
 9      Q.    What were some of those general
10  types of predictors?
11      A.    Predictors from microstructures such
12  as -- commonly known signals such as book
13  quote pressure or trade pressure, signals from
14  relationships between instruments like ETFs
15  and their constituents.  I don't recall us
16  discussing in any detail the -- your question
17  was about high level areas.
18      Q.    Any others that you recall at that
19  high level along those lines?
20      A.    No.
21      Q.    When you came back from that
22  breakfast, did you have any internal
23  discussions at Two Sigma regarding
24  Mr. Khandekar?
25      A.    Not explicitly that I can recall
```

Page 73

```
 1        S. Yates - Highly Confidential
 2   been in this instance?
 3        A.   It would be the date on this form
 4   here, very shortly before February 14, 2017.
 5        Q.   So if you look down to project A, it
 6   says that, "Ensure that WMM tactic has
 7   effectively implemented basic microstructure
 8   models."
 9             What is a basic microstructure
10   model?
11        A.   Microstructure models look only to
12   the data of available inequity trading such as
13   prices or order books, quoted spreads.  It
14   would be in contrast to a fundamental model
15   which might look at a company's earnings
16   growth.
17        Q.   Would a microstructure model here be
18   a predictor?
19        A.   Yes.
20        Q.   So you are looking for Mr. Khandekar
21   to work on signals and predictors involving
22   trade imbalance, correct?
23        A.   Correct.
24        Q.   And quote imbalance?
25        A.   (Nodding affirmatively).
```

Page 74

1       S. Yates - Highly Confidential
2       Q.    Would that be the same as book
3    imbalance on unexecuted trades?
4       A.    Book imbalance on displayed orders,
5    yes.  Which are effectively unexecuted public
6    trades.
7       Q.    What is meant by cross-sectional
8    clustering?
9       A.    If a certain type of stock has
10   recently moved up, then similar type stocks
11   might be expected to move up shortly.
12      Q.    Then if we look down to project B,
13   you had mentioned before seeing somewhere in a
14   résumé reference or somewhere to hidden
15   liquidity?
16      A.    (Nodding affirmatively).
17      Q.    Do you see it down here, do you
18   think that's what you were referring to?
19      A.    I know what hidden liquidity is.  I
20   wasn't referring to a comment on a résumé but
21   hidden liquidity is an industry term.
22      Q.    Right.  No.  My question -- I have
23   no doubt you know what that means.
24            My question is:  Earlier when we had
25   gone through a list of particular types of

```
 1        S. Yates - Highly Confidential
 2   December 15th at Two Sigma.
 3        MR. LANDSMAN:  Just to be clear, I
 4     believe you testified that you didn't
 5     know whether you talked to him again the
 6     second time.
 7        THE WITNESS:  Correct.
 8        MR. LANDSMAN:  So are you asking him
 9     about his own recollection or what he
10     thinks may have been discussed in the
11     interviews?
12        MR. DEVANEY:  He's also here as a
13     corporate representative.
14        MR. LANDSMAN:  I just wanted to
15     clarify that.
16        MR. DEVANEY:  Both.  I am happy to
17     clarify and I should.
18   BY MR. DEVANEY:
19       Q.   Did you learn that any of these were
20   discussed at -- on the December 15th meetings?
21       A.   I believe there was a discussion
22   with Patrick Mullen about generic approach to
23   imbalance type forecasting.
24       Q.   We might have been a little bit
25   unclear on that.  Let me go back over some of
```

Page 88

```
 1          S. Yates - Highly Confidential
 2    Mr. Khandekar or others at KCG and
 3    Mr. Khandekar, was anything other than a high
 4    level discussion of the predictors that
 5    Mr. Khandekar had worked on at KCG had?
 6              MR. DEVANEY:  Objection.
 7              MR. LIPMAN:  I am sorry.  Let me ask
 8         it again.
 9    BY MR. LIPMAN:
10         Q.   With regard to all the conversations
11    you have testified to today as between
12    yourself and Mr. Khandekar and anyone at Two
13    Sigma and Mr. Khandekar, was anything other
14    than a high level discussion of the work that
15    Mr. Khandekar was doing at KCG had?
16              MR. DEVANEY:  Objection.
17         A.   I can't speak to all of the
18    conversations that were had with everybody.
19    There were discussions of things not pertinent
20    to the predictors such as mathematic problems
21    and puzzles and such like.
22    BY MR. LIPMAN:
23         Q.   But did any conversation that you
24    are aware of between anyone at Two Sigma and
25    Mr. Khandekar involve any details of the
```

HIGHLY CONFIDENTIAL

Page 89

1        S. Yates - Highly Confidential
2   predictors he was working on?
3        A.   No.  Not that I am aware of.
4        Q.   And as far as you know, all of the
5   conversations concerning Mr. Khandekar's work
6   at KCG were at a high level?
7        A.   That's correct.
8        Q.   That were proper to be had in the
9   context of an interview with a candidate for
10  the position such as Mr. Khandekar was
11  applying for?
12       A.   Yes.  I believe that's correct.
13       Q.   In any of the conversations that you
14  had with Mr. Khandekar or, to your knowledge,
15  the conversations that anyone else at Two
16  Sigma had with Mr. Khandekar, did
17  Mr. Khandekar reveal any of what you would
18  consider to be confidential information
19  concerning KCG?
20       A.   No.  He did not.
21       Q.   Without specifying the exact
22  exhibits, we did see a number of exhibits in
23  which you expressed enthusiasm about
24  Mr. Khandekar coming to Two Sigma, right?
25       A.   Correct.