# EXHIBIT Q

[Plaintiffs, who have restricted Defendant's Viewing of Exhibit Q to Plaintiffs' Counsel's Offices, Will Submit this Exhibit to the Court]