EXHIBIT EE – REDACTED