

**Baker & McKenzie LLP**

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East
& Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

January 12, 2018

The Honorable Alison J. Nathan      **Via ECF**
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:  KCG Holdings, Inc. et al. v. Khandekar
          <u>1:17-civ-3533 (AJN) (GWG)</u>**

Dear Judge Nathan:

We represent plaintiffs KCG Holdings, Inc. and KCG Americas LLC ("KCG" or "Plaintiffs") in the above-captioned matter. We write in response to Defendant Rohit Khandekar's January 11, 2018 letter, in which he asserts that KCG failed to comply with the Court's December 28, 2017 Order.[1]

On December 28, 2017, the Court issued an Order stating that, by January 11, 2018, "any party that requests redactions to [Defendant's summary judgment papers] shall explain to the Court why those documents at issue need to be redacted." [Dkt. 128]. On January 11, 2018, Plaintiffs filed a letter explaining that they sought their requested redactions to protect proprietary or trade secret information. [Dkt. 136]. Under 4.-A. of the Court's individual practices, redactions of trade secret and proprietary information do not require Court approval.

It is our understanding that Plaintiffs' January 11, 2018 letter complies with the Court's December 28, 2017 Order. If, however, the Court requires further information regarding Plaintiffs' redactions to Defendant's summary judgment papers, please let us know.

We are available at the Court's convenience to address any questions.

---

[1] Defendant's January 12, 2018 letter also addresses the issue of whether Defendant's Predictors must be filed with the Court. As both parties have now addressed this issue in letters to the Court, we do not address it again herein.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.



Respectfully submitted,

By:   */s/ Jacob M. Kaplan*
       William F. Dugan (*pro hac vice*)
       Jacob M. Kaplan

Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626-4100
Fax:  (212) 310-1600
Email:  Jacob.kaplan@bakermckenzie.com

*Attorneys for Plaintiffs KCG Americas LLC and KCG Holdings, Inc.*

Cc:       Harry W. Lipman, Esq. (via ECF)
          Zachary Rosenberg, Esq. (via ECF)
          *Attorneys for Defendant*