UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KCG HOLDINGS, INC., et al.,                      :

                                                 :          ORDER

                         Plaintiffs,

                                                 :          17 Civ. 3533 (AJN) (GWG)

        -v.-

                                                 :

ROHIT KHANDEKAR,

                                                 :

                         Defendant.              :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       A telephonic conference in this matter shall take place on May 20, 2020, at 5:00 p.m.  At
that time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may
also dial in but will be permitted only to listen.)  The Court will record the proceeding for
purposes of transcription in the event a transcript is ordered.  However, any other recording or
dissemination of the proceeding in any form is forbidden.

       When addressing the Court, counsel must not use a speakerphone.

       Each attorney or unrepresented party is directed to ensure that all other attorneys or
unrepresented parties on the case are aware of the oral argument date and time.  In addition, any
requests for an adjournment must be made in compliance with Judge Gorenstein's rules
(available at:http://nysd.uscourts.gov/judge/Gorenstein).

       SO ORDERED.

Dated: May 18, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge