UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KCG HOLDINGS, INC., et al.,                            :

                                                       :         ORDER

                        Plaintiffs,

                                                       :         17 Civ. 3533 (AJN) (GWG)

        -v.-

                                                       :

ROHIT KHANDEKAR,

                                                       :

                        Defendant.                     :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        For the reasons set forth at the oral argument held on May 20, 2020, it is hereby
ORDERED pursuant to Fed. R. Evid. 502(d), that the parties to this case may disclose privileged
or potentially privileged information contained in the billing records of their attorneys to any
other party in this case and no waiver shall be deemed to result from such disclosure.  See Fed.
R. Evid. 502(d) (no waiver in either Federal or State court).  A party making such a disclosure
shall indicate through a legend on the first page of any document disclosed pursuant to this
Order that the disclosure is being made pursuant to this Order.


        SO ORDERED.

Dated:  May 20, 2020
        New York, New York


                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge