**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

KCG Holdings, *et al.*,

                            Plaintiffs,                         17 **CIVIL** 3533 (AJN)

           -against-                                 **JUDGMENT**
                                          **For Attorney's Fees and Costs**

Khandekar,

                            Defendant.
----------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated February 17, 2021, the Report & Recommendation

is adopted in full and Plaintiffs are awarded $401,476.80 in attorney's fees and costs;

accordingly, the case is closed.

**Dated:**  New York, New York
         February 17, 2021


                                      **RUBY J. KRAJICK**
                                   _____
                                      **Clerk of Court**
      **BY:**                  K. mango
                                      _____
                                        **Deputy Clerk**